UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MARCO ANTONIO SALAZAR,<br><br>            Defendant. | No. CR-07-2024-FVS<br><br>ORDER |

**THE DEFENDANT** having come before the Court for sentencing; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for downward departure (Ct. Rec. 26) is denied for the reasons indicated during his sentencing hearing.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___6th___ day of August, 2007.

                    s/ Fred Van Sickle
                    Fred Van Sickle
              United States District Judge

ORDER- 1